NORFOLK/NEWPORT NEWS DIVISION
GUILTY PLEA PROCEEDINGS

Date: 3/1/17
Time Set: 12:00 p.m.
Started: 12:00 pm
Ended: 12:32 pm

Presiding Judge: Henry Coke Morgan, Jr., SUSDJ
Court Reporter: Heidi Jeffreys, OCR
U.S. Attorney: Beth Yusi
Defense Counsel: Suzanne Katchmar, AFPD
Courtroom Deputy: Lori Baxter/Jake Hasser

Case No.: 2:17cr5  Defendant: TANNER BETHUNE

( X ) in custody   ( ) on bond

✓ Deft. agreed to w/draw plea of not guilty to Count(s) 1 and enter a plea of guilty to said Count.
___ Court inquired re prior plea offers.
___ Deft. agreed to plea to a criminal information.
✓ Deft. sworn.
___ Waiver of Indictment filed.
✓ Court fully advised deft. re proceedings and his rights. Deft. acknowledged he understood.
✓ Court explained charge and maximum penalties.
✓ Plea agreement reviewed and filed in open court.
✓ Court inquired re vol. of plea.
✓ Court inquired re threats or promises.
✓ Plea of guilty entered by defendant to Count(s) 1.
✓ Court explained to defendant that by pleading guilty he waived jury trial.
✓ Defendant satisfied with services of counsel.
✓ Continued for pre-sentence report.
✓ Court advised deft. that by pleading guilty he waived his right of appeal, pursuant to plea agreement.
___ Statement of facts read into the record by _____.
✓ Statement of Facts filed in open court.
✓ Plea of guilty to Count(s) 1 accepted by Court.
✓ Court finds defendant GUILTY.
✓ Set for disposition 6/19/17 @ 11:00 a.m. in Norfolk Division.
✓ Unsigned copy of Sentencing Procedure Order furnished to defendant before Court convened.
✓ Sentencing Procedures Order entered and filed in open court.
___ Bond set _____ (see conditions next page). Court cautioned re bail jumping.
___ Consent Order of Forfeiture entered and filed.
✓ Defendant remanded to custody of Marshal.